IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>ROBERT L. THOMAS,<br><br>            Defendant. | 4:23CR3107<br><br>PRELIMINARY ORDER OF FORFEITURE |

      This matter is before the Court upon the United States of America=s Motion for Preliminary Order of Forfeiture (Filing No. 32). The indictment in this case (Filing No. 1) charged the defendant with possessing with the intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1) and (b)(1). The indictment also contained a forfeiture allegation seeking the forfeiture, pursuant to 21 U.S.C. § 853, of $17,801.41 in United States currency seized on or about April 25, 2023, from the defendant, on the basis that the money was used to facilitate the commission of the offense and was derived from proceeds obtained, directly or indirectly, as a result of committing the offense (Filing No. 1).

      The defendant has pled guilty to Count I and admitted the forfeiture allegation. (Filing No. 30 at 1). By virtue of pleading guilty to the charge and admitting the forfeiture allegation, the defendant has forfeited his interest in the property, and the plaintiff should be entitled to possession of the property pursuant to 21 U.S.C. § 853. Therefore, the plaintiff's motion for preliminary order of forfeiture is granted.

IT IS ORDERED:

1. The plaintiff's Motion for Preliminary Order of Forfeiture (Filing No. 32) is granted.

2. Based upon the defendant's guilty plea and admission of the forfeiture allegation of the indictment, the plaintiff is authorized to seize the $17,801.41 in United States currency.

3. Defendant's interest in that currency is forfeited to the plaintiff for disposition in accordance with the law, subject to the provisions of 21 U.S.C. ' 853(n)(1).

4. The currency is to be held by the plaintiff in its secure custody and control.

5. Pursuant to 21 U.S.C. ' 853(n)(1), the plaintiff shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this order, notice of publication evidencing the plaintiff's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. Such published notice shall state that the petition referred to in paragraph 5, above, shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

7. The plaintiff may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 28th day of February, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge