IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROBERT L. THOMAS,

Defendant.

4:23CR3107

FINAL ORDER OF FORFEITURE

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. (Filing No. 45).   Having reviewed the record in this case, the Court finds as follows:

1.      On February 28, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's, ROBERT L. THOMAS, interest in $17,801.41 in United States currency. (Filing No. 33).

2.      Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on March 1, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure.   A Declaration of Publication was filed herein on May 1, 2024 (Filing No. 44).

3.      The United States advises the Court that no party has filed a petition regarding the subject Property.   From a review of the Court file, the Court finds that no person or entity has filed a petition.

4.      The Motion for Final Order of Forfeiture should be granted.

        IT IS ORDERED:

1.      The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 45) is granted;

2.      All right, title and interest in and to the $17,801.41 seized from the Defendant on or about April 25, 2023, held by any person or entity are forever barred and foreclosed;

3.      The $17,801.41 in United States currency is forfeited to the Government; and

4.      The Government is directed to dispose of that currency in accordance with the law.

Dated this 3rd day of May, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge